PD-0961-15

NO. 01-13-00368-CR

IN THE

COURT OF APPEALS

FOR THE

FIRST DISTRICT OF TEXAS

AT HOUSTON

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

Cause no. 600516

In the 176TH District Court

of Harris County, Texas

JOE RAY ALVAREZ
Appellant

v.

THE STATE OF TEXAS
Appellee

## FIRST MOTION FOR EXTENSION OF TIME TO FILE

## PETITION FOR DISCRETIONARY REVIEW

To The Honorable Judges Of The Court Of Criminal Appeals:

Comes Now, Joe Ray Alvarez, Petitioner, and files this motion for extension of sixty (60) days in which to file a Petition for Discretionary Review, In support of this motion, Appellant shows the Court the following:

I

The Petitioner was convicted in the 176TH District Court of Harris County, Texas of the offense of Aggravated Assault in cause no. 600516, styled State of Texas vs. Joe Ray Alvarez. The Petitioner appealed to the Court of Appeals First Supreme Judicial District. The case was affirmed on _July 7, 2015_ .

II

The present deadline for filing the Petition for Discretionary Review is _August 5, 2015_ . The Petitioner has not requested any extension prior to this request.

III

Petitioer's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court

of appeals in affirming this case until _July 13, 2015_ . Since that time petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Patti Sedita, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in case no. _01-13-00368-CR_ to _Oct 5, 2015 (60 days)_

_Joe Ray Alvarez_
Joe Ray Alvarez, Pro se
TDCJ-ID 1853331
A.D. Hughes
Rt. 2 Box 4400
Gatesville, Tx 76597

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to file for Petition for Discretionary Review has been forewarded by U.S. Mail, postage prepaid, first class to the Clerk, Christopher A. Prine, Court of Appeals for the First District of Texas at Houston Texas, 301 Fannin Street, Houston, Texas 77002-2066

_Joe Ray Alvarez_
Joe Ray Alvarez, Pro se